1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZABETH AGUILAR, as an individual,<br><br>    Plaintiff,<br><br>v.<br><br>O'REILLY AUTOMOTIVE STORES, INC., a foreign corporation; O'REILLY AUTO ENTERPRISES, LLC, a foreign limited liability company; and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO.  1:21-CV-01595-DAD-BAM<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION TO VACATE MARCH 7, 2022 SCHEDULING CONFERENCE**<br><br>JUDGE:       Hon. Barbara A. McAuliffe<br><br>REMOVAL FILED:      October 29, 2021<br>CASE FILED:             September 23, 2021<br>TRIAL DATE:             Not Set |

10842240.1

On March 3, 2022, the Parties filed a joint motion and stipulation asking the Court to vacate a scheduling conference set for March 7, 2022 in light of the Parties' anticipated settlement of the matter.  The Court, having considered the Parties' Joint Motion and Stipulation, and finding that good cause appears therefor, hereby GRANTS the Parties' joint motion as follows:

    1.    The Scheduling Conference currently set for March 7, 2022 is hereby vacated in light of the Parties anticipated settlement agreement.

    2.    The Parties shall finalize the terms of their settlement and submit a joint motion to dismiss the action no later than 60 days following March 7, 2022.

IT IS SO ORDERED.

Dated: **March 4, 2022**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE